# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    v.<br><br>JONELL BONILLA | No. 3:19cr8(MPS) |

## ORDER REDUCING TERM OF SUPERVISED RELEASE

In accordance with 18 U.S.C. § 3583(e)(1) and for reasons more fully articulated in a hearing held today, the Court hereby ORDERS that Mr. Bonilla's term of supervised release shall be reduced by 12 months in light of his successful completion of Support Court on June 26, 2024, and the interest of justice. Given this reduction, Mr. Bonilla's term of supervised release shall now conclude on September 22, 2025.

SO ORDERED.

_____/s/_____
Michel P. Shea
United States District Judge

Dated:    Hartford, Connecticut
             September 4, 2024